UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

JORGE LUIS GONZALEZ
FERRER,

       Petitioner,

   v.                           Case No.:  2:26-cv-01680-SPC-KRH

WARDEN, GLADES COUNTY
DETENTION CENTER *et al.*,

       Respondents,

_____/

## **OPINION AND ORDER**

Before the Court are Jorge Luis Gonzalez Ferrer's Petition for Writ of Habeas Corpus (Doc. 1) and the government's response (Doc. 3).

Gonzalez Ferrer is a native and citizen of Venezuela who entered the United States on a B-1 visitor visa on May 1, 2018.  The United States Citizenship and Immigration Service granted him temporary protected status ("TPS") in 2024, but it expired on April 2, 2025.  In January 2026, local law enforcement arrested Gonzalez Ferrer in connection with an alleged fraud scheme.  Immigration and Customs Enforcement ("ICE") commenced removal proceedings by issuing a notice to appear on January 8, 2026.  The state later dropped the charges and transferred Gonzalez Ferrer to the custody of ICE.

Gonzalez Ferrer has had three bond hearings while in ICE custody.  Each time, the immigration judge found Gonzalez Ferrer failed to show he is

not a flight risk.  Gonzalez Ferrer's habeas petition argues the immigration judge got it wrong, but the proper way to challenge the bond decision is appeal to the Board of Immigration Appeals.  This Court does not have jurisdiction to review an immigration judge's discretionary bond decision:

> The Attorney General's discretionary judgment regarding the application of this section shall not be subject to review. No court may set aside any action or decision by the Attorney General under this section regarding the detention of any alien or the revocation or denial of bond or parole.

8 U.S.C. § 1226(e).

Accordingly, Gonzalez Ferrer's Petition for Writ of Habeas Corpus (Doc. 1) is **DENIED**.  The Clerk is **DIRECTED** to terminate any pending motions and deadlines, enter judgment, and close this case.

**DONE AND ORDERED** in Fort Myers, Florida on June 3, 2026.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

SA: FTMP-1
Copies:  All Parties or Record

2